JERRY J. MOBERG
jmoberg@jmlawps.com
MOBERG RATHBONE KEARNS, PS
P.O. Box 130
124 3rd Ave S.W.
Ephrata, WA 98823
(509) 754-2356

Honorable Benjamin H. Settle

# THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| L.KM., INDIVIDUALLY, AND ON BEHALF OF HER DAUGHTER C.K.M., AND J.M.;<br><br>Plaintiffs,<br>v.<br><br>BETHEL SCHOOL DISTRICT; THOMAS SIEGEL, IN HIS INDIVIDUAL CAPACITY; ROBERT MAXWELL, IN HIS INDIVIDUAL CAPACITY; NANCY MCKEEMAN, IN HER INDIVIDUAL CAPACITY; MEGAN NELSON, IN HER INDIVIDUAL CAPACITY; CLIFFORD ANDERSON, IN HIS INDIVIDUAL CAPACITY; TOM GIFFORD, IN HIS INDIVIDUAL CAPACITY; HEIDI MILLER, IN HER INDIVIDUAL CAPACITY; AND JOHN/JANE DOES 1-5, IN THEIR INDIVIDUAL CAPACITIES;<br><br>Defendants. | NO. 3:18-CV-05345-BHS<br><br>**STIPULATION OF DISMISSAL OF ALL CLAIMS AGAINST NANCY MCKEEMAN**<br><br>**Noted for: January 27, 2020** |

\\PROLAWSVR\lawdata\Documents\Bethel SD\L.K.M. v Bethel School District (SIAW)\Pleadings - Misc\570203.doc
STIPULATION OF DISMISSAL OF ALL
CLAIMS AGAINST NANCY MCKEEMAN
Case No. 3:18-CV-05345-BHS

Page 1 of 3

MOBERG RATHBONE KEARNS
P.O. Box 130 | 124 3rd AVE S.W.
Ephrata, WA 98823
(509) 754-2356 | Fax (509) 754-4202

## STIPULATION

COMES NOW Plaintiff through her undersigned attorney, Loren Cochran of PFAU, COCHRAN, VERTETIS AND AMALA, PLLC, and Nancy McKeeman, through her attorney of record, Jerry J. Moberg, and hereby stipulate to dismiss Defendant Nancy McKeeman with prejudice and without cost to any party.

Stipulated to on this 27th day of January, 2020.

MOBERG RATHBONE KEARNS, P.S.

*s/ Jerry J. Moberg*
JERRY J. MOBERG, WSBA No. 5282
Attorney for Defendant

PFAU COCHRAN VERTETIS AMALA, PLLC

*s/ Loren Cochran*
Loren Cochran, WSBA No. 32773
Attorney for Plaintiff

## ORDER OF DISMISSAL WITH PREJUDICE

THIS MATTER having come on for hearing without oral argument on stipulation of the parties and the Court being fully advised in the premises,

IT IS HEREBY ORDERED that Nancy McKeeman is hereby dismissed with prejudice and without cost to either party.

DATED this 27 day of January, 2020.

\\PROLAWSVR\lawdata\Documents\Bethel SD\L.K.M. v Bethel School District (StAW)\Pleadings - Misc\570203.doc
STIPULATION OF DISMISSAL OF ALL
CLAIMS AGAINST NANCY MCKEEMAN
Case No. 3:18-CV-05345-BHS

Page 2 of 3



MOBERG RATHBONE KEARNS
P.O. Box 130 | 124 3rd AVE S.W.
Ephrata, WA 98823
(509) 754-2356 | Fax (509) 754-4202

HON. BENJAMIN H. SETTLE

PRESENTED BY:

MOBERG RATHBONE KEARNS, P.C.

*s/ Jerry J. Moberg*
JERRY J. MOBERG, WSBA No. 5282
Attorney for Defendant

PFAU COCHRAN VERTETIS AMALA, PLLC

*s/ Loren Cochran*
Loren Cochran, WSBA No. 32773
Attorney for Plaintiff

\\PROLAWSVR\lawdata\Documents\Bethel SD\L.K.M. v Bethel School District (SIAW)\Pleadings - Misc\570203.doc
STIPULATION OF DISMISSAL OF ALL
CLAIMS AGAINST NANCY MCKEEMAN
Case No. 3:18-CV-05345-BHS

Page 3 of 3



MOBERG RATHBONE KEARNS
P.O. Box 130 | 124 3rd AVE S.W.
Ephrata, WA 98823
(509) 754-2356 | Fax (509) 754-4202