THE HONORABLE BENJAMIN H. SETTLE

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON AT TACOMA

| | |
|---|---|
| CHERYL ROBBINS BERG, as Litigation Guardian ad Litem for C.K.M., <br><br> Plaintiff, <br><br> vs. <br><br> BETHEL SCHOOL DISTRICT, <br><br> Defendant. | NO. 3:18-CV-05345-BHS <br><br> [PLAINTIFF'S PROPOSED] JURY VERDICT FORM |

**We, the Jury, answer the questions submitted by the Court as follows**

**Question 1**

**Question 1.**   Did the Defendant Bethel School District violate Cheyenne Kohl Merritt's constitutional rights to equal protection under the Fourteenth Amendment by failing to enforce the District's sexual harassment policy due to her mental disability?

____Yes

____No

[PLAINTIFF'S PROPOSED] JURY VERDICT FORM

NO. 3:18-CV-05345-BHS

COCHRAN DOUGLAS
Attorneys at Law

4826 Tacoma Mall Blvd., Suite C
Tacoma, WA 98409
www.cochrandouglas.com

**If you answered yes to Question 1, go to Question 1a.  If you answered no, go directly to Question 2.**

**Question 1a.**  What do you find to be the amount of Cheyenne Kohl Merritt's damages caused by the Defendant Bethel School District's violation of Cheyenne Kohl Merritt's constitutional rights to equal protection under the Fourteenth Amendment by failing to enforce the District's sexual harassment policy due to her mental disability?

_____

### Question 2

**Question 2.**    Did the Defendant Bethel School District violate Cheyenne Kohl Merritt's constitutional rights to her own bodily integrity under the Fourteenth Amendment by failing to report David Mathis's ongoing sexual abuse and harassment under Washington State's mandatory reporter law and the District's Mandatory Reporter policy?

\_\_\_\_Yes

\_\_\_\_No

**If you answered yes to Question 2, go to Question 2a.  If you answered no, go directly to Question 3.**

**Question 2a.**         What do you find to be the amount of Cheyenne Kohl Merritt's damages caused by the defendant Bethel School District's violation of Cheyenne Kohl Merritt's constitutional rights to her own bodily integrity under the Fourteenth Amendment by failing to report David Mathis's ongoing sexual abuse and harassment under Washington State's mandatory reporter law and the District's Mandatory Reporter policy?

_____

[PLAINTIFF'S PROPOSED] JURY VERDICT FORM

2 OF 5 | NO. 3:18-CV-05345-BHS

COCHRAN DOUGLAS
Attorneys at Law

4826 Tacoma Mall Blvd., Suite C
Tacoma, WA 98409
www.cochrandouglas.com

**Question 3**

**Question 3.** Did the Bethel District violate Title IX by failing to stop the known harassment of Cheyenne Kohl Merritt by David Mathis?

\_\_\_\_Yes

\_\_\_\_No

**If you answered yes to Question 3, go to Question 3a. If you answered no, go directly to Question 4.**

**Question 3a.** What do you find to be the amount of Cheyenne Kohl Merritt's damages caused by the defendant Bethel School District's violation of Title IX by failing to stop the known sexual harassment of Cheyenne Kohl Merritt by David Mathis?

_____

**Question 4**

**Question 4.** Did the Defendant Bethel School District violate Washington's Law Against Discrimination by treating special education student Cheyenne Kohl Merritt differently because of her mental disability than the district treated typically functioning students?

\_\_\_\_Yes

\_\_\_\_No

**If you answered yes to Question 4, go to Question 4a. If you answered no, go directly to Question 5.**

[PLAINTIFF'S PROPOSED] JURY VERDICT FORM

3 OF 5 | NO. 3:18-CV-05345-BHS

**COCHRAN DOUGLAS**
Attorneys at Law

4826 Tacoma Mall Blvd., Suite C
Tacoma, WA 98409
www.cochrandouglas.com

**Question 4a.**  What do you find to be the amount of Cheyenne Kohl Merritt's damages caused by the defendant Bethel School District's violation of Washington's Law Against Discrimination?

_____

## Question 5

**Question 5.**   Was the Defendant Bethel School District negligent in failing to protect student Cheyenne Kohl Merritt from David Mathis?

_____Yes

_____No

**If you answered yes to Question 5, go to Question 5a.  If you answered no, date and sign the jury verdict form.**

**Question 5a.**  What do you find to be the amount of Cheyenne Kohl Merritt's damages caused by the defendant's negligence?

_____

    Date and sign the form and advise the Court that you have reached a verdict.

DATED this ____ day of October, 2021.

                                        _____
                                        Presiding Juror

[PLAINTIFF'S PROPOSED] JURY VERDICT FORM

4 OF 5 | NO. 3:18-CV-05345-BHS

**COCHRAN DOUGLAS**
Attorneys at Law

4826 Tacoma Mall Blvd., Suite C
Tacoma, WA 98409
www.cochrandouglas.com

# CERTIFICATE OF SERVICE

I, Loren A. Cochran, hereby declare under penalty of perjury under the laws of the United States of America that I am employed at Cochran Douglas, PLLC and that on today's date, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following:

Jerry J. Moberg
James Baker
Mary Rathbone
Colin Kearns
Moberg Rathbone Kearns, P.S.
124 Third Avenue SW
Ephrata, WA 98823
jmoberg@mrklawgroup.com
jbaker@mrklawgroup.com
mrathbone@mrklawgroup.com
ckearns@mrklawgroup.com
dseverin@mrklawgroup.com

Attorneys for Defendants

DATED this 13th day of October, 2021.

/s/ Loren A. Cochran
Loren A. Cochran



COCHRAN DOUGLAS
Attorneys at Law
4826 Tacoma Mall Blvd., Suite C
Tacoma, WA 98409
www.cochrandouglas.com