UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| | |
|---|---|
| CHERYL ROBBINS BERG, as Litigation Guardian ad Litem for C.K.M., <br><br> Plaintiff, <br><br> v. <br><br> BETHEL SCHOOL DISTRICT, <br><br> Defendant. | JUDGMENT ON JURY VERDICT <br><br> CASE NO. CV18-5345BHS |

**XX** **JURY VERDICT.** This action came to consideration before the Court for a trial by jury. The issues have been considered and a decision has been rendered.

___ **DECIDED BY THE COURT.** This action came to consideration before the Court. The issues have been considered and a decision has been rendered.

The Jury found that:

Defendant violated Plaintiff's constitutional rights to equal protection under the Fourteenth Amendment by failing to enforce the District's sexual harassment policy due to her physical or mental disability;

Defendant violated Plaintiff's constitutional rights to her own bodily integrity under the Fourteenth Amendment by failing to report David's ongoing sexual abuse and harassment under Washington State's mandatory reporter law and the District's Mandatory Reporter policy;

Defendant was negligent in failing to protect Plaintiff from David;

1 - Judgment on Jury Verdict

Plaintiff suffered damages for pain and suffering due to Defendant's violation of any or all of the following, her due process rights, equal protection rights, Title IX rights, WLAD rights, or due to the defendant's negligence;

Plaintiff is awarded compensatory damages for pain and suffering in the amount of $500,000.00.

Dated this 21st day of October 2021.

Ravi Subramanian
Clerk of Court

*Gretchen Craft*
Gretchen Craft
Deputy Clerk

2 - Judgment on Jury Verdict