UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| | | |
|---|---|---|
| CHERYL ROBBINS BERG as Litigation Guardian ad Litem for minor C.K.M, | No. CV18-5345BHS | |
| Plaintiff, | JURY TRIAL WITNESS LIST | |
| v. | | |
| BETHEL SCHOOL DISTRICT, | | |
| Defendant. | | |

| Witness | Date Testified | Called By |
|---|---|---|
| William Andrew Coats | 10/6/21 | Pltf |
| Tom Gifford | 10/6/21 | Pltf |
| Tom Seigel | 10/6/21, 10/7/21 | Pltf |
| Heidi Miller | 10/7/21, 10/8/21 | Pltf |
| Lori Haugen | 10/7/21, 10/8/21 | Pltf |
| Megan Nelson | 10/8/21 | Pltf |
| Judith Billings | 10/8/21 | Pltf |
| John Gavin | 10/12/21 | Pltf |
| Shelly Crane | 10/12/21 | Pltf |

Witness List

| | | |
|---|---|---|
| Cheryl Berg | 10/12/21 | Pltf |
| LeAnne Kohl-Merritt | 10/12/21, 10/13/21 | Pltf |
| Gilbert Kliman | 10/13/21 | Pltf |
| Cloie Johnson | 10/13/21 | Pltf |
| Douglas McDaniel | 10/13/21 | Pltf |
| Keren Roark | 10/14/21 | Def |
| Tom Gifford | 10/14/21 | Def |
| Robert Maxwell | 10/14/21 | Def |
| Shari Barker | 10/14/21, 10/15/21 | Def |
| Russell Vandenbelt | 10/14/21 | Def |
| Sharon Dye | 10/15/21 | Def |
| John Merritt | 10/15/21 | Def |
| Janet Barry | 10/15/21 | Def |

Witness List